MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV  89101
Telephone:  (702) 474-9400
Facsimile:   (702) 474-9422

Attorney for Defendant
PlusFour, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. FLORENCE,<br><br>             Plaintiff,<br><br>v.<br><br>REALTIME RESOLUTIONS INC; SHELLPOINT MORTGAGE SERVICING; STATE FARM BANK; CENLAR FEDERAL SAVINGS & LOAN; COMMONWEALTH FINANCIAL SYSTEMS; PLUSFOUR (SOUTHWEST MEDICA); SELECT PORTFOLIO SERVICING; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No: 2:16-cv-00692-APG-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

      Pursuant to Local Rules 6-1, 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b),PlusFour, Inc. ("PlusFour") and Plaintiff William Florence ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

PlusFour has requested, and Plaintiff has consented to, an extension of the time for PlusFour to respond to Plaintiff's Complaint (Dkt. No. 1, filed on March 30, 2016) from April 20, 2016 to May 11, 2016.

Rule 6(b) requires the Court to approve an extension of time for PlusFour to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a.    This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b.    The Parties stipulate and agree that the deadline for PlusFour to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before May 11, 2016; and

    c.    PlusFour requested this extension to give its recently retained counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint.  This stipulation is not made for purposes of delay.

IT IS SO STIPULATED.

| HAINES & KRIEGER, LLC | MORRIS LAW GROUP |
|---|---|
| By: /s/Jennifer Isso<br>David H. Krieger, Bar No. 9086<br>Jennifer Isso, Bar No. 13157<br>8985 S. Eastern Ave., Ste 350<br>Henderson, Nevada 89123<br><br>Attorneys for Plaintiff | By: /s/Raleigh Thompson<br>Ryan M. Lower, Bar No. 9108<br>Raleigh C. Thompson, Bar No. 11296<br>900 Bank Of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Defendant<br>PlusFour, Inc. |

**ORDER**

IT IS SO ORDERED.

DATED: April 21, 2016

_____
UNITED STATES MAGISTRATE JUDGE

2