1  J. Christopher Jorgensen (SBN 5382)
   E-mail:cjorgensen@lrrc.com
2  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   3993 Howard Hughes Pkwy, Suite 600
3  Las Vegas, NV  89169
   Tel: 702.949.8200
4  Fax: 702.949.8398

5  *Attorneys for Defendant*
   *New Penn Financial, LLC dba*
6  *Shellpoint Mortgage Servicing*

7                     **UNITED STATE DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9  WILLIAM E. FLORENCE,                    Case:  2:16-cv-00692-APG-GWF

10                        Plaintiff,        **STIPULATION AND ORDER TO**
                                            **EXTEND TIME FOR DEFENDANT**
11      vs.                                 **SHELLPOINT MORTGAGE**
                                            **SERVICING TO FILE AN ANSWER,**
12  REAL TIME RESOLUTIONS INC et al.,       **MOVE OR OTHERWISE PLEAD TO**
                                            **THE COMPLAINT**
13                        Defendant.

14

15        IT IS HEREBY STIPULATED AND AGREED TO, by and between Plaintiff and

16  Defendant, through their respective counsel, that Defendant New Penn Financial, LLC dba

17  ShellPoint Mortgage Servicing shall have up through and including May 29, 2016, within which

18  to file an answer, move or otherwise plead to the Complaint on file so the parties can discuss

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

7663772_1

1    potential resolution in this matter.

2            DATED this 4th day of May, 2016.

3    LEWIS ROCA ROTHGERBER                    HAINES & KRIEGER, LLC
     CHRISTIE LLP
4

5
     By: /s/ J. Christopher Jorgensen         By: /s/ David H. Krieger
6    J. Christopher Jorgensen (#5382)             David H. Krieger (#9086)
     3993 Howard Hughes Pkwy., Ste. 600           8985 S. Eastern Ave., Suite 350
7    Las Vegas, NV  89169                         Las Vegas, NV  89123
     Attorneys for Defendant                      Attorneys for Plaintiff
8

9

10

11
                              **ORDER**
12
             IT IS SO ORDERED.
13

14                            _____
                              United States Magistrate Judge
15                            Dated:  May 6, 2016

16

17

18

19

20

21

22

23

24

25

26

27

28