MORRIS LAW GROUP
Ryan M. Lower, Bar No. 9108
Email: rml@morrislawgroup.com
Raleigh C. Thompson, Bar No.11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorney for Defendant
PlusFour, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM E. FLORENCE,<br><br>        Plaintiff,<br><br>v.<br><br>REALTIME RESOLUTIONS INC; SHELLPOINT MORTGAGE SERVICING; STATE FARM BANK; CENLAR FEDERAL SAVINGS & LOAN; COMMONWEALTH FINANCIAL SYSTEMS; PLUSFOUR (SOUTHWEST MEDICA); SELECT PORTFOLIO SERVICING; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No: 2:16-cv-00692-APG-GWF<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE AS TO PLUSFOUR, INC. ONLY**<br><br>**ORDER** |

Pursuant to Local Rule 7-1(c) and Federal Rule of Civil Procedure 41(a)(ii), defendant PlusFour, Inc. ("PlusFour") and plaintiff William Florence, by and through their respective counsel of record, hereby

1 | move to dismiss this action with prejudice only as to PlusFour, each party to
2 | bear its own fees and costs.

HAINES & KRIEGER, LLC

By: /s/David Krieger
   David H. Krieger, Bar No. 9086
   Jennifer Isso, Bar No. 13157
   8985 S. Eastern Ave., Ste 350
   Henderson, Nevada 89123

Attorneys for Plaintiff
William Florence

MORRIS LAW GROUP

By: /s/Raleigh Thompson
   Ryan M. Lower, Bar No. 9108
   Raleigh C. Thompson, Bar No. 11296
   900 Bank Of America Plaza
   300 South Fourth Street
   Las Vegas, Nevada 89101

Attorneys for Defendant
PlusFour, Inc.

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 16, 2016