**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WILLIAM E. FLORENCE,<br><br>Plaintiff,<br><br>v.<br><br>REALTIME RESOLUTIONS, INC., *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00692-APG-GWF<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT, STAYING DEADLINES, AND SETTING DATE FOR FILING DISMISSAL DOCUMENTS**<br><br>(ECF No. 20) |

In light of the notice of settlement (ECF No. 49),

IT IS ORDERED that defendant Select Portfolio Servicing, Inc.'s motion to dismiss **(ECF No. 20) is DENIED as moot**.

IT IS FURTHER ORDERED that all pending dates, deadlines, and filing requirements are vacated as to defendant Select Portfolio Servicing, Inc.

IT IS FURTHER ORDERED that the parties shall file a stipulation to dismiss on or before October 10, 2016.

DATED this 23rd day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE